GIREY, INC., Appellant, v. BENJAMIN B. DEITEL and Others, Defendants,

Impleaded with SALI KAHN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.